UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIM ROBERTS, and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WHM, LLC d/b/a LXR LUXURY RESORTS, and BLACKSTONE GROUP HOLDINGS, L.L.C. and any other entities affiliated with, controlling, or controlled by WHM, LLC and BLACKSTONE GROUP HOLDINGS, L.L.C.,<br><br>Defendants. | 11-CIV-2963 (SAS/DCF)<br><br>**RULE 7.1 DISCLOSURE**<br><br>ECF Case |

Defendant Blackstone Holdings, L.L.C., by and through its undersigned counsel, Littler Mendelson, P.C., states that Blackstone Group LP, through various subsidiaries, is the ultimate General Partner of the Limited Partnership that owns 100% of the Limited Partnership that is the parent entity of Defendant Blackstone Group Holdings, L.L.C., and that Blackstone Group LP is a publicly traded corporation.

Defendant WHM, LLC d/b/a LXR Luxury Resorts, by and through its undersigned counsel, Littler Mendelson, P.C., states that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

Date:   June 6, 2011

Respectfully submitted,

David M. Wirtz
Gary D. Shapiro
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
212.583.9600

Attorneys for Defendants